| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| | Email: keggleton@wsgr.com |
| 2 | RODNEY G. STRICKLAND, State Bar No. 161934 |
| | Email: rstrickland@wsgr.com |
| 3 | DALE BISH, State Bar No. 235390 |
| | Email: dbish@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 5 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 6 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 7 | |
| 8 | Attorneys for Defendant |
| | NETFLIX, INC. |

*IT IS SO ORDERED*
*Judge James Ware*
*1/20/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, individually; NELLY VALDEZ-MARQUEZ, ANTHONY SINOPOLI, PAUL NAVARRO, individually and on behalf of a class of similarly situated individuals, | CASE NO.: C09-05903-JW-PVT |
| Plaintiffs, | STIPULATION REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT (N.D. Cal. Rule 6-1(a)) |
| v. | |
| NETFLIX, INC., a Delaware Corporation, and DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |

WHEREAS, Plaintiffs filed and served a class action complaint alleging certain claims against defendant Netflix, Inc. ("Defendant") for alleged violations of certain privacy and consumer protection statutes;

WHEREAS, Northern District of California Local Rule 6-1(a) allows the parties to stipulate to extend the time period in which a responsive pleading must be filed; and

WHEREAS, Defendant has requested and Plaintiffs have agreed to a 30-day extension of time for Defendant to file a response to Plaintiffs' complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1. Defendant shall respond to the complaint no later than February 8, 2010.

2. Defendant shall notify Plaintiffs' counsel on or before January 22, 2010, whether Defendant intends to answer the complaint or file a motion to dismiss.

3. This stipulation is without prejudice to the rights, claims, or defenses of any party, and shall not be used by Defendant as evidence of, or to support any argument that, Plaintiffs have not timely pursued their claims or have not been diligent.

Dated: January 8, 2010

s/ Rodney G. Strickland, Jr.

Keith E. Eggleton
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.

Dated: January 8, 2010

s/ David C. Parisi

Scott A. Kamber
David A. Stampley
KamberEdelson, LLC

Joseph H. Malley
Law Office of Joseph H. Malley

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Parisi & Havens LLP

Attorneys for Plaintiffs

1      I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Stipulation Regarding Defendant's Response to the Complaint (N.D. Cal. Rule 6-1(a)). I hereby attest David C. Parisi has concurred in this filing.

Dated: January 8, 2010

<u>s/ Rodney G. Strickland, Jr.</u>

Keith E. Eggleton
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.
