| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842<br>Email: keggleton@wsgr.com |
| 2 | RODNEY G. STRICKLAND, State Bar No. 161934<br>Email: rstrickland@wsgr.com |
| 3 | DALE BISH, State Bar No. 235390<br>Email: dbish@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 5 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 6 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 7 | |
| 8 | Attorneys for Defendant<br>NETFLIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JANE DOE, individually; NELLY VALDEZ-MARQUEZ, ANTHONY SINOPOLI, PAUL NAVARRO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., a Delaware Corporation, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: C09-05903-JW-PVT<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT |

WHEREAS, Plaintiffs filed and served a class action complaint alleging certain claims against defendant Netflix, Inc. ("Defendant") for alleged violations of certain privacy and consumer protection statutes;

WHEREAS, Defendant has received one 30-day extension of time to respond to the complaint;

WHEREAS, Defendant has requested and Plaintiffs have agreed to an additional 30-day extension of time for Defendant to respond to the complaint; and

1     WHEREAS, this proposed extension would have no effect on the current schedule for the case;

2 NOW THEREFORE, IT IS HEREBY STIPULATED that:

    1.     Defendant shall respond to the complaint no later than March 10, 2010.

    2.     This stipulation is without prejudice to the rights, claims, or defenses of any party, and shall not be used by Defendant as evidence of, or to support any argument that, Plaintiffs have not timely pursued their claims or have not been diligent.

Dated: January 27, 2010

    s/ Rodney G. Strickland, Jr.

Keith E. Eggleton
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.

Dated: January 27, 2010

    s/ David C. Parisi

Scott A. Kamber
David A. Stampley
KamberEdelson, LLC

Joseph H. Malley
Law Office of Joseph H. Malley

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Parisi & Havens LLP

Attorneys for Plaintiffs

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT     -2-
CASE NO. C09-05903-JW-PVT

1
2                          **[~~PROPOSED~~] ORDER**
3       Defendant shall respond to the complaint no later than March 10, 2010.
4       PURSUANT TO STIPULATION, IT IS SO ORDERED.
5   Dated: __February 1__, 2010          _____*James Ware*_____
6                                        THE HONORABLE JAMES WARE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE DEFENDANT'S RESPONSE TO          -3-
THE COMPLAINT
CASE NO. C09-05903-JW-PVT

1 |      I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Stipulation Regarding Defendant's Response to the Complaint. I hereby attest David C. Parisi has concurred in this filing.

Dated: January 27, 2010

                      s/ Rodney G. Strickland, Jr.

                      Rodney G. Strickland, Jr.
                      WILSON SONSINI GOODRICH & ROSATI

                      Attorneys for Defendant
                      NETFLIX, INC.