Scott A. Kamber
David A. Stampley
KamberEdelson, LLC
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
skamber@kamberedelson.com
dstampley@kamberedelson.com

Joseph H. Malley
Law Office of Joseph H. Malley
1045 North Zang Blvd.
Dallas, TX 75208
Telephone: (214) 943-6100
malleylaw@gmail.com

David Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
dcparisi@parisihavens.com
shavens@parisihavens.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

3/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, individually; NELLY VALDEZ-MARQUEZ, ANTHONY SINOPOLI, PAUL NAVARRO, individually and on behalf of a class of similarly situated individuals,<br><br>       Plaintiffs,<br><br>    v.<br><br>NETFLIX, INC., a Delaware Corporation, and DOES 1 THROUGH 50, inclusive,<br><br>       Defendants. | CASE NO.: C09-05903-JW-PVT<br><br>NOTICE OF DISMISSAL |

1        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a confidential

2   settlement agreement between the parties, plaintiffs Jane Doe, Nelly Valdez-Marquez, Anthony

3   Sinopoli, and Paul Navarro hereby voluntarily dismiss this putative class action (in which a class

4   has not been certified) and all claims therein.  The Clerk shall close this file.

5

6   Dated:  March 19, 2010

                                              s/ David C. Parisi
7

8                                            Scott A. Kamber
                                             David A. Stampley
                                             KamberEdelson, LLC
9
                                             Joseph H. Malley
10                                           Law Office of Joseph H. Malley

11                                           David C. Parisi (SBN 162248)
                                             Suzanne Havens Beckman (SBN 188814)
12                                           Parisi & Havens LLP

13                                           Attorneys for Plaintiffs

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Notice of Dismissal.  I hereby attest David C. Parisi has concurred in this filing.

Dated:  March 19, 2010

s/ Rodney G. Strickland, Jr.

Keith E. Eggleton
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.