1  Scott A. Kamber
   David A. Stampley
2  KamberEdelson, LLC
   11 Broadway, 22nd Floor
3  New York, NY 10004
   Telephone: (212) 920-3072
4  skamber@kamberedelson.com
   dstampley@kamberedelson.com
5
   Joseph H. Malley
6  Law Office of Joseph H. Malley
   1045 North Zang Blvd.
7  Dallas, TX 75208
   Telephone: (214) 943-6100
8  malleylaw@gmail.com

9  David Parisi (SBN 162248)
   Suzanne Havens Beckman (SBN 188814)
10 Parisi & Havens LLP
   15233 Valleyheart Drive
11 Sherman Oaks, CA 91403
   Telephone: (818) 990-1299
12 dcparisi@parisihavens.com
   shavens@parisihavens.com
13

**IT IS SO ORDERED**
*Judge James Ware*
3/29/2010

14 Attorneys for Plaintiffs

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN JOSE DIVISION
18

19
   JANE DOE, individually; NELLY VALDEZ-        )   CASE NO.: C09-05903-JW-PVT
20 MARQUEZ, ANTHONY SINOPOLI, PAUL              )
   NAVARRO, individually and on behalf of a class )   NOTICE OF DISMISSAL
21 of similarly situated individuals,           )
                                                )
22              Plaintiffs,                     )
                                                )
23     v.                                       )
                                                )
24 NETFLIX, INC., a Delaware Corporation, and   )
   DOES 1 THROUGH 50, inclusive,                )
25                                              )
                Defendants.                     )
26 _____ )

27

28

NOTICE OF DISMISSAL                    -1-
CASE NO. C09-05903-JW-PVT

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a confidential settlement agreement between the parties, plaintiffs Jane Doe, Nelly Valdez-Marquez, Anthony Sinopoli, and Paul Navarro hereby voluntarily dismiss this putative class action (in which a class has not been certified) and all claims therein.  The Clerk shall close this file.

Dated:  March 19, 2010

 s/ David C. Parisi

Scott A. Kamber
David A. Stampley
KamberEdelson, LLC

Joseph H. Malley
Law Office of Joseph H. Malley

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Parisi & Havens LLP

Attorneys for Plaintiffs

1  I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are
2 being used to file the Notice of Dismissal. I hereby attest David C. Parisi has concurred in this
3 filing.

5 Dated: March 19, 2010

s/ Rodney G. Strickland, Jr.

Keith E. Eggleton
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.